UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE RECTOR WARDENS AND VESTRYMEN OF CHRIST CHURCH CATHEDRAL OF INDIANAPOLIS, ) ) ) ) | |
| Plaintiff, ) ) | Cause No.: 1:14-CV-1331 LJM/MJD |
| v. ) ) ) | |
| JPMORGAN CHASE AND COMPANY and JPMORGAN CHASE BANK, N.A., ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, The Rector Wardens and Vestrymen of Christ Church Cathedral of Indianapolis, by counsel, hereby dismiss Count IV of their Complaint based upon violations of Section 10(b) of the Securities Exchange Act of 1934 and Count V alleging a breach of fiduciary duty. Both Counts IV and V are dismissed without prejudice.

Respectfully submitted,

  /s/ Linda L. Pence
Linda L. Pence, Atty No. 13198-1
David J. Hensel, Atty No.: 15455-49
Julie Smith, Atty No. 27351-71
Pence Hensel LLC
135 N. Pennsylvania Street, Suite 1600
Indianapolis, IN  46204
Telephone:  (317) 833-1111
Facsimile:   (317) 833-1199

Attorneys for Plaintiff,
Christ Church Cathedral

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David K. Herzog
FAEGRE BAKER DANIELS, LLP
david.herzog@faegrebd.com

Paul A. Wolfla
FAEGRE BAKER DANIELS, LLP
paul.wolfla@faegrebd.com

Katrina M. Gossett
FAEGRE BAKER DANIELS, LLP
katrina.gossett@faegrebd.com

Sarah C. Jenkins
FAEGRE BAKER DANIELS, LLP
sarah.jenkins@faegrebd.com


   /s/ Linda L. Pence
Linda L. Pence